GRANGER & LEWIS et al. v. STEWART & CO. et al.

(Circuit Court of Appeals, Fifth Circuit.    October 29, 1913.)

No. 2,456.

SHIPPING (§ 172*)—DEMURRAGE—DISCHARGE OF CARGO—CUSTOM OF PORT.

Demurrage allowed under a contract of affreightment on discharge of cargo in New York *held* correct under the customs and usages of the port.

[Ed. Note.—For other cases, see Shipping, Cent. Dig. § 569; Dec. Dig. § 172.*

Demurrage, see notes to Harrison v. Smith, 14 C. C. A. 657; Randall v. Sprague, 21 C. C. A. 337; Hagerman v. Norton, 46 C. C. A. 4.]

Appeal from the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge.

Suit in admiralty by Stewart & Co. and others against Granger & Lewis and others. Decree for libelants, and respondents appeal. Affirmed.

Samuel B. Adams and A. Pratt Adams, both of Savannah, Ga., for appellants.

Edw. S. Elliott, of Savannah, Ga., for appellees.

Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. Under the contract of affreightment in this case, the discharge of cargo was necessarily controlled by the customs and usages of the port of New York, and under the evidence in the case we find the amounts allowed in the District Court for demurrage are in accordance with such custom and usages; and as we think the decree does substantial justice between the parties, the same is affirmed.